# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-3399

_____

| | | |
|---|---|---|
| Gas Aggregation Services, Inc., | * | |
| | * | |
| Plaintiff - Appellant, | * | |
| | * | |
| v. | * | |
| | * | |
| Howard Avista Energy, LLC; Howard | * | |
| Energy Marketing, Inc.; | * | |
| | * | |
| Defendants - Appellees, | * | Appeal from the United States |
| | * | District Court for the District of |
| Thomas A. Foster; | * | Minnesota. |
| | * | |
| Movant Below, | * | |
| | * | [UNPUBLISHED] |
| Howard Avista Energy, LLC; | * | |
| | * | |
| Third Party Plaintiff. | * | |
| | * | |
| _____ | * | |
| | * | |
| Manjit Bajwa, | * | |
| | * | |
| Third Party Defendant. | * | |

_____

Submitted: June 12, 2006
Filed: June 21, 2006

_____

Before BYE, LAY, and RILEY, Circuit Judges.

_____

PER CURIAM.

Gas Aggregation Services, Inc., appeals the district court's[1] order granting Howard Avista Energy, LLC, and Howard Energy Marketing, LLC's motion to alter or amend the district court's earlier judgment awarding pre-judgment interest on an award for loss of business damages. The district court has provided a comprehensive and well-reasoned opinion addressing the issues raised by the parties, and we have nothing to add to the analysis. Accordingly, we affirm the judgment of the district court for the reasons stated in its memorandum opinion. See 8th Cir. R. 47B.

_____

[1] The Honorable Davis S. Doty, United States District Judge for the District of Minnesota.